

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2020

No. 04-20-00224-CV

**ALLSTATE COUNTY MUTUAL INSURANCE COMPANY**,
Appellants

v.

Laura **WALKER**, Brian Briseno and Troy Pace, Jr.,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI06959
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

On October 1, 2020, appellant Allstate County Mutual Insurance Co. filed an opposed motion to stay this appeal pending final disposition of *Allstate Insurance Company v. Daniel Wes Irwin*, cause no. 19-0885 in the Supreme Court of Texas.

After consideration of appellant's motion, its supplemental motion, appellee's response in opposition, and appellant's reply, the motion is GRANTED. It is ORDERED that this appeal is ABATED until the Supreme Court of Texas issues its opinion in *Allstate Insurance Company v. Daniel Wes Irwin*, or until further order of this court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2020.

_____
Michael A. Cruz,
Clerk of Court